IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MONTE KELLEY and JEANA KELLEY,
Individually and as representatives of the class                                                    PLAINTIFFS

v.                                           Case No. 4:15-cv-04035

LINDSEY MANAGEMENT COMPANY, INC.                                                                DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay all Proceedings. (ECF No. 14). The parties assert that the United State Supreme Court's decision in a case currently pending before it, *Spokeo, Inc. v. Robins*, No. 13-1339, will affect the outcome of the present litigation. Defendant believes that the Supreme Court's decision will be dispositive of the entire case. The parties request that the deadlines in this case be stayed until the Supreme Court files its decision in *Spokeo* to conserve resources of the parties and the Court.

The Court finds good cause for the stay. Accordingly, the parties' Joint Motion to Stay all Proceedings (ECF No. 14) is hereby **GRANTED**, and the above-captioned case is stayed until the final decision of the United States Supreme Court in *Spokeo, Inc. v. Robins*. The parties are directed to file a status report with the Court every thirty (30) days during the time the case is stayed. Status reports should be emailed to sohinfo@arwd.uscourts.gov.

**IT IS SO ORDERED**, this 25th day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge